# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | 2:18-cv-01598-RGK | Date | November 1, 2018 |
|---|---|---|---|
| Title | In Re: C and M Russell, LLC | | |

| Present: The Honorable | R. GARY KLAUSNER, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Sharon L. Williams | Not Reported | NA |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:** **(IN CHAMBERS) ORDER TO SHOW CAUSE RE DISMISSAL FOR LACK OF PROSECUTION**

The docket reflects that a bankruptcy appeal has been filed in the above-entitled action, but that appellant has **not** filed the required (1) Designation of Record; and (2) Transcripts. The Bankruptcy Court filed the Appeal Deficiency Notice on October 26, 2018.

Appellant is hereby Ordered to Show Cause no later than **November 9, 2018**, why the appeal should not be dismissed for failure to comply with Federal Rules of Bankruptcy Procedures 8003 and 8009.

**IT IS SO ORDERED.**

  :  

Initials of Preparer   slw